DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Estate of Redden v. Redden<br><br>Case below:<br>179 N.C. App. 113 | No. 554PA06 | Defs' PDR Under N.C.G.S. § 7A-31 (COA05-1202) | Allowed for limited purpose of remanding to Court of Appeals for consideration of whether plaintiff's admission of defendant's deposition and failure to object to incompetent portions of said deposition evidence, during the partial summary judgment hearing, constituted a waiver of the protections of N.C.R.E. Rule 601(c), the North Carolina Dead Man's Statute 05/03/2007 |
| Foster v. Crandell<br><br>Case below:<br>181 N.C. App. — | No. 073P07 | Defs' Motion for Temporary Stay (COA05-1140) | Allowed 02/09/07 |
| Gore v. Myrtle/Mueller<br><br>Case below:<br>178 N.C. App. 561 | No. 396P06 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA05-988)<br><br>2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed 03/08/07<br><br>2. Allowed 03/08/07 |